# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TUONG NGUYEN, an individual, and SMARTER NUTRITION INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SMARTERVITAMINS, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.8:21-cv-00832-DOC (ADSx)<br><br>**JUDGMENT** |

This action came to consideration before the Court by bench trial. In accordance with the Court's Findings of Fact and Conclusions of Law (Dtk. No. 169), the Court enters judgment as follows:

This Court has jurisdiction over the subject matter and the parties pursuant to 28 U.S.C. §§ 1331, 1338, and 1367(a).

Venue in this matter is proper.

Judgment is entered against Plaintiffs on each of Plaintiffs' five causes of action against Defendant concerning the "Smarternutrition" trademark.

Judgment is entered against Plaintiffs on each of Plaintiffs' four causes of action against Defendant concerning the "Smartercurcumin" trademark.

Judgment is entered against Defendant on each of Defendant's counterclaims against Plaintiffs concerning the "Smartervitamins" trademark.

**IT IS SO ORDERED**.

**DATED**: October 31, 2023

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE